# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD TESTIFICANDUM |
| v. | ) | |
| | ) | |
| **LES CHRISTOPHER BURNS** | ) | Criminal No. 6:13-cr-00003 |

Comes now, Ashley B. Neese, Assistant United States Attorney for the Western District of Virginia, and informs the Court that one **RONALD MARTIN DOLAN (DOB: 1970)** is incarcerated in the Blue Ridge Regional Jail - Lynchburg, and that the said **RONALD MARTIN DOLAN (DOB: 1970)** is a necessary witness before the United States District Court for the Western District of Virginia, at Lynchburg, Virginia, scheduled for Jury Trial, at 9:30 a.m. January 8 - 10, 2014.

WHEREFORE, your petitioner prays for an Order of this Court directing the Honorable Gerald S. Holt, United States Marshal, Roanoke, Virginia, to produce the body of the said **RONALD MARTIN DOLAN (DOB: 1970)** so that he may appear and testify before the United States District Court for the Western District of Virginia, at Lynchburg, Virginia, on January 8 - 10, 2014, at 9:30 a.m.

Dated: December 11, 2013  /s/ Ashley B. Neese (# 75242)
Assistant United States Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Warden, Blue Ridge Regional Jail – Lynchburg, 510 9th Street, Lynchburg, VA 24504;
Telephone: (434) 847-1300

**IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (540) 857-2250.**

**GREETINGS:**

WE COMMAND YOU that you surrender the body of **RONALD MARTIN DOLAN (DOB: 1970)** detained in the Blue Ridge Regional Jail - Lynchburg, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized Federal Law Enforcement Agent/Officer, to the end that his body will be before the United States District Court for the Western District of Virginia, at Lynchburg, Virginia, on January 8 - 10, 2014, at 9:30 a.m., or at such other time or times as the District Court may direct.

ENTER: This _____ day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF VIRGINIA, OR ONE OF HIS DEPUTIES, OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT AGENT/OFFICER:**

**TO EXECUTE:**

WE COMMAND that you proceed to the Blue Ridge Regional Jail - Lynchburg and remove therefrom the body of **RONALD MARTIN DOLAN (DOB: 1970)** and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Lynchburg, Virginia, on January 8 - 10, 2014, at 9:30 a.m., or at such other time or times as the District Court may direct; and upon completion of his testimony, return the said **RONALD MARTIN DOLAN (DOB: 1970)** to the Blue Ridge Regional Jail - Lynchburg.

JULIA C. DUDLEY

BY: _____
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this _____ day of _____, 2014.

BY: _____
United States Marshal/Deputy

RETURNED:

EXECUTED this _____ day of _____, 2014.

BY: _____
United States Marshal/Deputy

SENTENCED STATE PRISONER: Yes: _____ No: _____