IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.6:13-cr-00003 |
| ) | |
| GEORGE FRANKLIN LYNCH ) | |

## NOTICE OF WITHDRAWAL AND APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Matthew Miller, Assistant United States Attorney, hereby withdraws his appearance and Donald R. Wolthuis, Assistant United States Attorney, for the Western District of Virginia, hereby notes his appearance as counsel in this case for the United States of America.

            Respectfully submitted,

            RICK A. MOUNTCASTLE
            ACTING UNITED STATES ATTORNEY

Dated: September 18, 2017        s/Donald R. Wolthuis
            Assistant United States Attorney
            VSB #19705
            United States Attorney's Office
            P.O. Box 1709
            Roanoke, VA 24008
            TEL (540) 857-2250
            FAX (540) 857-2614
            donald.wolthuis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of September, 2017, caused to be filed electronically the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

            s/Donald R. Wolthuis
            Assistant United States Attorney